JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

FILED

JUL 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSVALDO ELIOSO-TORRES,<br>Defendant. | CR No.: 09-mj-70646 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMITS OF RULE 5.1(c)** |

On July 28, 2009, the parties in this case appeared before the Court for a detention hearing. At that time, the parties requested, and the Court agreed, to set the date for a preliminary hearing / arraignment for August 11, 2009 before Judge James. This date places the hearing outside the deadlines provided by Federal Rule of Criminal Procedure 5.1(c). Pursuant to Rule 5.1(d), the defendant consented this extension of time, and the parties represented that good cause exists for this extension, including effective preparation of counsel. At the hearing, the Court found that good cause exists for an extension of the time limits provided by Rule 5.1(c)

and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: July 29, 2009

/s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: July 29, 2009

/s/
SHAWN HALBERT
Attorney for OSVALDO ELIOSO-TORRES

[~~PROPOSED~~] ORDER

For the reasons stated above and at the July 28, 2009 hearing, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from June July 28, 2009 through August 11, 2009 is warranted and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case.

IT IS SO ORDERED.

DATED: 7/29/09

THE HONORABLE EDWARD M. CHEN
United States Magistrate Judge